ANGELO DEKURTIS, an Infant, by THOMAS DEKURTIS, His Guardian ad

Litem, Appellant, v. STANLEY VESCHECK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Blackmar and Kelly, JJ.